IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | USDC SDNY |
|---|---|
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: |
| | DATE FILED: 5/11/20 |

SHIVA STEIN, Individually and on Behalf of )
All Others Similarly Situated, )
)
Plaintiff, )
)
v. )          CIVIL ACTION:   1:20-cv-01796-LLS
)
AARON'S, INC., JOHN W. ROBINSON, III, )
and STEVEN A. MICHAELS, )
)
Defendants. )
_____ )

**STIPULATION AND [PROPOSED] ORDER**          **LLS**
**TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a)**

WHEREAS, Plaintiff Shiva Stein ("Plaintiff") commenced the above-captioned putative

federal securities class action against Defendants Aaron's, Inc. ("Aaron's" or the "Company"),

John W. Robinson, III, and Steven A. Michaels (collectively, "Defendants") by filing a

Complaint in this Court on February 28, 2020, *see* Dkt. No. 1;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C.

§ 78u-4, *et seq.*, on April 28, 2020, two motions were filed seeking appointment as lead plaintiff

in this case as follows: (i) Laborer's Pension Trust Fund for Northern Nevada (the "Trust"), *see*

Dkt. No. 7; and Aaron's Investor Group, *see* Dkt. No. 11;

WHEREAS, Defendant Aaron's has its headquarters and principal place of business in

the Northern District of Georgia, Defendant Michaels resides and has his office in the Northern

District of Georgia, and Defendant Robinson has his office in the Northern District of Georgia;

and

WHEREAS, all Parties—including Plaintiff, the Trust, Aaron's Investor Group, and Defendants—stipulate and agree that, pursuant to 28 U.S.C. § 1404(a), for reasons of judicial efficiency and for the convenience of parties and witnesses, the above-captioned case should be transferred to the United States District Court for the Northern District of Georgia, and that the presiding Court in the Northern District of Georgia should consider and rule upon the pending lead plaintiff motions,

NOW THEREFORE, pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this action, immediately and in its entirety, to the United States District Court for the Northern District of Georgia.

SO ORDERED this ___11th___ day of May 2020.

___Louis L. Stanton___
Hon. Louis L. Stanton
United States District Judge

STIPULATED AND AGREED TO BY:

**COUNSEL FOR LABORER'S PENSION TRUST FUND FOR NORTHERN NEVADA:**

*s/ Samuel H. Rudman*

ROBBINS GELLER RUDMAN & DOWD LLP
David A. Rosenfeld
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 267-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

**COUNSEL FOR DEFENDANTS:**

*s/ Israel Dahan*

KING & SPALDING LLP
Israel Dahan
1185 Avenue of the Americas
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: idahan@kslaw.com

2

Danielle S. Myers
Juan Carlos Sanchez
655 West Broadway, Suite 1900
San Diego, CA 921-1
Telephone: (619) 231-1058
Facsimile: (619) 231-7423


**COUNSEL FOR PLAINTIFF AND THE
AARON'S INVESTOR GROUP:**

*s/Joseph Alexander Hood II*
POMERANTZ LLP
Joseph Alexander Hood, II
Gustavo Bruckner
Jeremy Alan Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: ahood@pomlaw.com
        jalieberman@pomlaw.com

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

BRONSTEIN GEWIRTZ & GROSSMAN,
LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2020, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

_/s/ Israel Dahan_
Israel Dahan