CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20−cv−01796−LLS

Stein v. Aarons, Inc. et al
Assigned to: Judge Louis L. Stanton
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 02/28/2020
Date Terminated: 05/11/2020
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Shiva Stein**
*Individually and on behalf of all others*
*similarly situated*

represented by   **Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)−661−1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)−661−1100
Fax: (212)−661−8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Laborers Pension Trust Fund for Northern**
**Nevada**

represented by   **David Avi Rosenfeld**
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
631−367−7100
Fax: 631−367−1173
Email: drosenfeld@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aarons, Inc.**

represented by   **Israel Dahan**
King & Spalding LLP (NYC)
1185 Avenue of the Americas
New York, NY 10036
(212) 556−2100

Fax: (212)–556–2222
Email: idahan@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John W. Robinson, III**                    represented by    **Israel Dahan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven A. Michaels**                    represented by    **Israel Dahan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2020 | Ï 1 | COMPLAINT against Aarons, Inc., Steven A. Michaels, John W. Robinson, III. Document filed by Shiva Stein..(Lieberman, Jeremy) (Entered: 02/28/2020) |
| 02/28/2020 | Ï 2 | CIVIL COVER SHEET filed..(Lieberman, Jeremy) (Entered: 02/28/2020) |
| 02/28/2020 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Aarons, Inc., John W. Robinson, III, and Steven A. Michaels, re: 1 Complaint. Document filed by Shiva Stein..(Lieberman, Jeremy) (Entered: 02/28/2020) |
| 03/02/2020 | Ï | Civil Case Opening Fee Paid electronically via Pay.gov: for 1 Complaint. Filing fee $ 400.00. Pay.gov receipt number ANYSDC–18960672, paid on 2/28/2020..(sj) (Entered: 03/02/2020) |
| 03/02/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeremy Alan Lieberman. The party information for the following party/parties has been modified: Shiva Stein. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (sj)** (Entered: 03/02/2020) |
| 03/02/2020 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Louis L. Stanton. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 03/02/2020) |
| 03/02/2020 | Ï | Magistrate Judge Stewart D. Aaron is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 03/02/2020) |
| 03/02/2020 | Ï | Case Designated ECF. (sj) (Entered: 03/02/2020) |
| 03/02/2020 | Ï 4 | ELECTRONIC SUMMONS ISSUED as to Aarons, Inc., Steven A. Michaels, John W. Robinson, III..(sj) (Entered: 03/02/2020) |
| 03/02/2020 | Ï 5 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of Shiva Stein..(Hood, Joseph) (Entered: 03/02/2020) |
| 04/28/2020 | Ï 6 | LETTER addressed to Judge Louis L. Stanton from David A. Rosenfeld dated April 28, 2020 re: Pre–Motion Conference Letter. Document filed by Laborers Pension Trust Fund for Northern |

| | | |
|---|---|---|
| | | Nevada..(Rosenfeld, David) (Entered: 04/28/2020) |
| 04/28/2020 | Ï 7 | MOTION to Appoint Laborers Pension Trust Fund for Northern Nevada to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Laborers Pension Trust Fund for Northern Nevada..(Rosenfeld, David) (Entered: 04/28/2020) |
| 04/28/2020 | Ï 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Appoint Laborers Pension Trust Fund for Northern Nevada to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Laborers Pension Trust Fund for Northern Nevada..(Rosenfeld, David) (Entered: 04/28/2020) |
| 04/28/2020 | Ï 9 | DECLARATION of David A. Rosenfeld in Support re: 7 MOTION to Appoint Laborers Pension Trust Fund for Northern Nevada to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Laborers Pension Trust Fund for Northern Nevada. (Attachments: # 1 Exhibit A – PSLRA Notice, # 2 Exhibit B – Certification, # 3 Exhibit C – Estimate of losses).(Rosenfeld, David) (Entered: 04/28/2020) |
| 04/28/2020 | Ï 10 | PROPOSED ORDER. Document filed by Laborers Pension Trust Fund for Northern Nevada. Related Document Number: 7 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/28/2020) |
| 04/28/2020 | Ï 11 | MOTION to Appoint NLP Enterprises, Inc., Trevor Davenport and Greg Stolworthy to serve as lead plaintiff(s) . Document filed by Shiva Stein..(Lieberman, Jeremy) (Entered: 04/28/2020) |
| 04/28/2020 | Ï 12 | PROPOSED ORDER. Document filed by Shiva Stein..(Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/28/2020) |
| 04/28/2020 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 10 Proposed Order, 12 Proposed Order was reviewed and approved as to form. (ad)** (Entered: 04/29/2020) |
| 04/29/2020 | Ï 13 | MEMORANDUM OF LAW in Support re: 11 MOTION to Appoint NLP Enterprises, Inc., Trevor Davenport and Greg Stolworthy to serve as lead plaintiff(s) . . Document filed by Shiva Stein..(Lieberman, Jeremy) (Entered: 04/29/2020) |
| 04/29/2020 | Ï 14 | DECLARATION of Jeremy A. Lieberman in Support re: 11 MOTION to Appoint NLP Enterprises, Inc., Trevor Davenport and Greg Stolworthy to serve as lead plaintiff(s) .. Document filed by Shiva Stein. (Attachments: # 1 Exhibit A – PSLRA Notice, # 2 Exhibit B – Certs and Schedules, # 3 Exhibit C – Damage Analysis, # 4 Exhibit D – Firm Resume).(Lieberman, Jeremy) (Entered: 04/29/2020) |
| 04/29/2020 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 10 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 04/29/2020) |
| 04/29/2020 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 12 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 04/29/2020) |
| 05/11/2020 | Ï 15 | NOTICE OF APPEARANCE by Israel Dahan on behalf of Aarons, Inc., Steven A. Michaels, John W. Robinson, III..(Dahan, Israel) (Entered: 05/11/2020) |
| 05/11/2020 | Ï 16 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate BlackRock Inc. for Aarons, Inc.. Document filed by Aarons, Inc...(Dahan, Israel) (Entered: 05/11/2020) |
| 05/11/2020 | Ï 17 | LETTER addressed to Judge Louis L. Stanton from Israel Dahan dated 5/11/2020 re: Consent transfer of this action to the United States District Court for the Northern District of Georgia Pursuant to 28 U.S.C. § 1404(a). Document filed by Aarons, Inc., Steven A. Michaels, John W. Robinson, III. (Attachments: # 1 Stipulation and [Proposed] Order to Transfer Action to the United States District Court for the Northern District of Georgia Pursuant to 28 U.S.C. § 1404(a)).(Dahan, Israel) (Entered: 05/11/2020) |

| 05/11/2020 | Ï 18 | STIPULATION AND ORDER TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a). NOW THEREFORE, pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this action, immediately and in its entirety, to the United States District Court for the Northern District of Georgia. SO ORDERED. (Signed by Judge Louis L. Stanton on 5/11/20) (yv) (Entered: 05/12/2020) |
|---|---|---|
| 05/11/2020 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Northern District of Georgia.(yv) (Entered: 05/12/2020) |