# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SHIVA STEIN, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

AARON'S, INC., et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION: 1:20-cv-02030-JPB

## DEFENDANTS' UNOPPOSED REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR VIOLATION OF <u>THE FEDERAL SECURITIES LAWS</u>

Pursuant to Local Rule 7.1(E) and Part III.o of this Court's Standing Order Regarding Civil Litigation, Defendants Aaron's, Inc. ("Aaron's" or "Company"), John W. Robinson, III, Steven A. Michaels, Ryan K. Woodley, and Douglas A. Lindsay ("Individual Defendants," and with Aaron's, "Defendants") hereby request oral argument on Defendants' Motion to Dismiss Lead Plaintiff's Complaint For Violations Of The Federal Securities Laws (Dkt. 51) ("Motion to Dismiss").

The Private Securities Litigation Reform Act of 1995 ("PSLRA") governs this putative securities fraud class action, imposing heightened pleading requirements for

Lead Plaintiff to survive a motion to dismiss.  As described in greater detail in Defendants' motion papers, the PSLRA requires a statement-by-statement analysis of the statements Lead Plaintiff alleges to be false and misleading.  To assist the Court with the requisite analysis under the heightened pleading standards, Defendants respectfully request oral argument.  Defendants respectfully submit that oral argument will aid the Court's decision-making process and is otherwise warranted under Local Rule 7.1(E).[1]

Respectfully submitted this 23rd day of November, 2020.

/s/ Michael R. Smith
Michael R. Smith
Georgia Bar No. 661689
B. Warren Pope
Georgia Bar No. 583723
Bethany M. Rezek
Georgia Bar No. 553771
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
mrsmith@kslaw.com
wpope@kslaw.com
brezek@kslaw.com

Counsel for Defendants

---

[1] Lead Plaintiff does not oppose Defendants' request for oral argument, but Lead Plaintiff does not agree with the articulated basis herein.

## **<u>RULE 7.1(D) CERTIFICATION</u>**

The undersigned counsel certifies that this document has been prepared with

one of the font and point selections approved by the Court in Local Rule 5.1(C).

<u>/s/ *Michael R. Smith*</u>
Michael R. Smith
Georgia Bar No. 661689

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 23rd day of November, 2020.

*/s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689

*Counsel for Defendants*