**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SHIVA STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION:   1:20-cv-02030-JPB |

**LEAD PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR
ORAL ARGUMENT**

On November 23, 2020, Defendants filed an unopposed request for oral argument on Defendants' Motion to Dismiss Plaintiff's Complaint for Violation of the Federal Securities Laws ("Request"). *See* ECF No. 57. Lead Plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust ("Lead Plaintiff") agrees that oral argument will aid the Court to address the unique pleading standards of this complex securities class action, but disagrees with Defendants' characterization of those pleading standards.

As described in greater detail in Lead Plaintiff's Memorandum of Law In Opposition to Defendants' Motion to Dismiss Lead Plaintiff's Complaint for Violations of the Federal Securities Laws, the applicable pleading standards require the Court to view Defendants' purported false and misleading statements and omissions in context. *See* ECF No. 55, at 9, 15. In addition, as per Federal Rule of Civil Procedure 12(b)(6) convention, the Court must accept all Lead Plaintiff's allegations as true; construe all reasonable inferences in Lead Plaintiff's favor; and assess Lead Plaintiff's scienter allegations holistically. *Id.* at 6, 20-22. Lead Plaintiff submits that oral argument is warranted under Local Rule 7.1(E), and respectfully requests the Court grant such relief.

Respectfully submitted this 24th day of November, 2020.

DATED: November 24, 2020     HERMAN JONES LLP

*s/John C. Herman*
JOHN C. HERMAN
  (Georgia Bar No. 348370)
CARLTON R. JONES
  (Georgia Bar No. 940540)
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6555
404/504-6501 (fax)
jherman@hermanjones.com
cjones@hermanjones.com

*Local Counsel*

2

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
(admitted *pro hac vice*)
CAROLINE M. ROBERT
(admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
crobert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (admitted *pro hac vice*)
STEPHEN R. ASTLEY
(admitted *pro hac vice*)
KATHLEEN DOUGLAS
(admitted *pro hac vice*)
BAILIE L. HEIKKINEN
(admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
kdouglas@rgrdlaw.com
bheikkinen@rgrdlaw.com

*Lead Counsel for Lead Plaintiff and the
Putative Class*

3

## <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1.

*s/John C. Herman*

JOHN C. HERMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

*s/John C. Herman*
JOHN C. HERMAN
