UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHIVA STEIN, Individually and on
Behalf of All Others Similarly
Situated,

        Plaintiff,

      v.

AARON'S, INC., et al.,

        Defendants.

CIVIL ACTION NO.
1:20-CV-02030-JPB

## **ORDER**

This matter is before the Court on Defendants' Unopposed Request for Oral Argument on Motion to Dismiss Plaintiff's Complaint for Violation of the Federal Securities Laws [Doc. 57] and Defendants' Motion to Dismiss [Doc. 51]. Having reviewed the parties' filings, the Court believes oral argument is appropriate. Both parties agree that oral argument will aid in addressing the pleading requirements. Additionally, the Court is interested in hearing more about the requirements of the "unique" pleading standard for securities fraud class actions and how the standard affects the analysis of Defendants' purported false and misleading statements.

Because oral argument is appropriate in this case, Defendants' Unopposed Request for Oral Argument on Motion to Dismiss Plaintiff's Complaint for Violation of the Federal Securities Laws [Doc. 57] is **GRANTED**, and

Defendants' Motion to Dismiss [Doc. 51] is **DENIED** as premature pending oral argument.  The Clerk is **DIRECTED** to terminate the pending motion [Doc. 51], and the Clerk shall renew and resubmit the motion [Doc. 51] upon the completion of oral argument.  The Court will issue a separate order setting the date and time for oral argument.

      **SO ORDERED** this 27th day of July, 2021.

_____

J. P. BOULEE
United States District Judge