**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SHIVA STEIN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION:   1:20-cv-02030-JPB |
| AARON'S, INC., et al., | ) ) |
| Defendants. | ) ) ) ) |

**DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S NOTICE OF
SUPPLEMENTAL AUTHORITY**

Defendants Aaron's, Inc. ("Aaron's" or "Company"), John W. Robinson, III, Steven A. Michaels, Ryan K. Woodley, and Douglas A. Lindsay ("Individual Defendants," and with Aaron's, "Defendants") respectfully submit this Response to Lead Plaintiff's Notice of Supplemental Authority regarding *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc.*, No. 4:20-CV-00005-ELR, 2021 WL 4546926 (N.D. Ga. Sept. 29, 2021).  *See* Dkt. 66.

First, Plaintiff argues that *Mohawk* is relevant to the issue of falsity because Judge Ross found that statements attributing Mohawk's financial success to

legitimate business practices were adequately pled to be false because they omitted the true reasons behind the positive numbers. *See* Dkt. 66 at 1–2. In *Mohawk*, however, the plaintiff provided particularized facts supported by "fourteen (14) confidential witnesses" to demonstrate that the defendants "'were cooking the books,'" engaged in "'intentional overproduction of goods…to drive up margins,'" refused "'to write off huge volumes of scrap LVT that was coded not to be sold to customers,'" "'just lied about the numbers,'" and engaged in a fraudulent "scheme" to show investors that "'[Mohawk's] sales numbers were higher or better than they really were . . . .'" *See Mohawk*, 2021 WL 4546926, at **9–12, *14, *16. In other words, the plaintiff pled with particularity that Mohawk's revenues and other metrics were in fact inaccurately stated.

Plaintiff also argues that *Mohawk* is relevant to the element of scienter because the Court held certain generic factors, including the "defendant's high-level position" and involvement in company disclosures "bolster[ed] an 'aggregated' inference of scienter[.]" *See* Dkt. 66 at 2 (citation omitted). In *Mohawk*, however, the plaintiff included numerous confidential witness allegations directly supporting scienter, including from a former high ranking Mohawk executive who repeatedly informed the CEO of the unsalable quality of its LVT flooring and alleged that the CEO continued the fraudulent schemes even after terminating the executive who

2

began them following an internal investigation.  The plaintiff also described specific financial reports the CEO received showing the "'conspicuous spikes in sales'" and "'subsequent returns'" that showed that revenues were artificially inflated at the ends of quarters.  *See Mohawk*, 2021 WL 4546926, at *22.  *Mohawk*'s finding that scienter was adequately pled was driven by these concrete, particularly pled details, rather than generic factors such as the CEO's high-ranking position, involvement in disclosures, and the importance of the operations to the company.  *See id.*

Respectfully submitted this 13th day of October, 2021.

*/s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689
B. Warren Pope
Georgia Bar No. 583723
Bethany M. Rezek
Georgia Bar No. 553771
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
mrsmith@kslaw.com
wpope@kslaw.com
brezek@kslaw.com

*Counsel for Defendants*

# **<u>RULE 7.1(D) CERTIFICATION</u>**

The undersigned counsel certifies that this document has been prepared with

one of the font and point selections approved by the Court in Local Rule 5.1(C).

<u>*/s/ Michael R. Smith*</u>
Michael R. Smith
Georgia Bar No. 661689

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 13th day of October, 2021.

/s/ *Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689

*Counsel for Defendants*