UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIVA STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-02030-JPB |

## JUDGMENT

This action having come before the Court, Honorable J. P. Boulee, United States District Judge, for consideration of Defendants' Motion to Dismiss Lead Plaintiff's Complaint for Violations of the Federal Securities Laws, and the Court having granted said Motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED.**

Dated at Atlanta, Georgia, this 20th day of October, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: ___s/ N. Bowen___
Deputy Clerk

Prepared, Filed, and Entered
In the Clerk's Office
  October 20, 2022
Kevin P. Weimer
Clerk of Court

By: ___s/ N. Bowen___
Deputy Clerk